UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:  
EDMUND ROY ARTHUR  
TINA KYLENE ARTHUR  

Chapter 13

Case No. 10-14611 NWW

Debtor(s)

---

**NOTICE TO MORTGAGEE OF FINAL PAYMENT**

---

In accordance with the Debtor(s)' confirmed plan, all amounts due to be paid to the mortgage creditor listed below have been paid. Our last payment to the mortgage creditor was the month of October 2015. This final payment may still be in transit. It will be the Debtor(s)' responsibility to resume direct payments to the mortgage creditor beginning with November 2015. Therefore, the Trustee considers the Debtor(s)' mortgage current. Accordingly, the Trustee is preparing to close this case in order to issue the Chapter 13 Standing Trustee's Final Report and Account.

Within 21 days after service of this Notice, the mortgage creditor shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Chapter 13 Standing Trustee a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim, and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5). This statement shall itemize the required cure or post-petition amounts, if any, that the mortgage creditor contends remains unpaid as of the date of the statement. This statement shall be filed as a supplement to the mortgage creditor's proof of claim and is not subject to Rule 3001(f).

Mortgage Creditor / Court Claim No. 002:  
MATAWIN VENTURES TRUST SERIES 2013-3

Acct# - 0113807729-0
Property Address: 154 Ferndale Drive

Case 1:10-bk-14611-NWW    Doc 69    Filed 10/23/15    Entered 10/23/15 07:10:06    Desc
Page 2 of 3

CERTIFICATE OF SERVICE

The Chapter 13 Trustee hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid for the following on October 23, 2015:

EDMUND ROY ARTHUR
TINA KYLENE ARTHUR
154 FERNDALE ROAD
ROSSVILLE, GA 30741

W THOMAS BIBLE JR ESQ
6918 SHALLOWFORD RD STE 100
CHATTANOOGA, TN 37421-

MATAWIN VENTURES TRUST SERIES 2013-3
%BSI FINANCIAL SERVICES INC
PO BOX 517
TITUSVILLE, PA 16354-0517
Acct# - 0113807729-0

BSI Financial Services/ Matawin Ventures Trust
PO Box 517
314 S Franklin Street
Titusville, PA  16354

/s/ Denise Smith
Chapter 13 Office Clerk
Kara L. West
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261